BEFORE THE SECOND DIVISION, APRIL 12, 1956

**No. 59840.**—Flah & Co., Inc., et al. *v.* United States, protests 238784–K (A), etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 59841.**—Air Express International Agency *v.* United States, protest 265266–K (San Francisco).

Opinion by FORD, J.   An examination of the official papers disclosing that the protest was not filed within the time prescribed by section 514, Tariff Act of 1930, the protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 12, 1956

**No. 59842.**—Compania Mexicana de Aviacion, S. A. *v.* United States, protest 259294–K (Los Angeles).

Opinion by EKWALL, J.   In accordance with rule 5 (a) of the rules of the court, the protest was dismissed.

**No. 59843.**—I. Freeman & Son, Inc. *v.* United States, protests 195098–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.